IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DARIN HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 112-075 |
| | ) | |
| DAANIA CORPORATION and | ) | |
| JOHN MOMIN, individually and jointly, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In accordance with this Court's December 4, 2014 Order approving settlement, the parties have filed a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.  Therefore, the Court **DISMISSES** this case **WITH PREJUDICE**, but will retain jurisdiction of this matter solely to enforce the settlement, as requested by the parties.

SO ORDERED this 12th day of December, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA